UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CRIMINAL NO. 09-10293-NMG |
| ) | |
| ROBERT ADAMS     ) | |

**MOTION TO CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND**
**_JOHNSON V. UNITED STATES_, 135 S. Ct. 2551 (2015), AND MOTION TO STAY**

Petitioner, Robert Adams, respectfully moves this Court to vacate and correct his sentence pursuant to 28 U.S.C. § 2255 and _Johnson v. United States_, 135 S. Ct. 2551, 2563 (2015). He further moves this Court for an order staying these proceedings until the First Circuit rules on his pending application before the First Circuit for permission to file a second or successive § 2255 motion. _See Robert Adams v. United States_, No. 16-1657 (1st Cir.).[1] The First Circuit has not yet ruled on Adams's application. Should the application be ruled upon favorably by the First Circuit, Adams will then file a memorandum in support.

In _Johnson_, the Supreme Court struck the residual clause of the Armed Career Criminal Act ("ACCA"), _see_ 18 U.S.C. § 924(e)(2)(B)(ii), as unconstitutionally vague. In _Welch v. United States_, 136 S. Ct. 1257 (2016), the Supreme Court held that the rule announced in _Johnson_ is substantive and therefore retroactive to cases on collateral review.

---

[1] Adams previously filed a § 2255 motion raising claims relating to misconduct at the William Hinton State Laboratory. On August 12, 2004 Adams voluntarily filed an unopposed Motion to Dismiss the petition and on August 15, 2004, this Court denied it. Petitioner filed his Application for Leave to File a Second or Successive Motion Under 28 U.S.C. § 2255 in the First Circuit on May 24, 2016.

_Motion to stay is allowed._ _NMGorton, USDJ 10/14/16_